```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**         :

v.                                   :        **Criminal No: 3:05cr108 (JBA)**

**JEROME G. BREEDLOVE**              :


**ENDORSEMENT ORDER [#69]**

Government's motion to dismiss indictment is GRANTED.  The Clerk's office is directed to close this case.


IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 21, 2006